LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

FILED
JAN 0 8 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-00007-LJO-SMS |
| Plaintiff, | *EX PARTE* ORDER APPOINTING WELLS FARGO AS CUSTODIAN FOR INVESTMENT ACCOUNT NO. 1687322 |
| v. | |
| THE CONTENTS OF WELLS FARGO BANK INVESTMENT ACCOUNT NO. 1687322 IN THE NAME OF JOHANNA LEAL, and | |
| APPROXIMATELY $6,595.50 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 3393605765, | |
| Defendants. | |

The United States of America has applied to this Court for an Order designating Wells Fargo Bank as the temporary custodian of Wells Fargo Investment Account No. 1687322 in the name of Johanna Leal until further Order of the Court. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that Wells Fargo Bank and specifically the branch located at 1851 Herndon Avenue in Clovis, Fresno County, California is designated the custodian of Wells Fargo Investment Account No. 1687322 in the name of Johanna Leal.

///

///

1

1 | Wells Fargo shall continue to maintain custody of the account as they are currently doing pursuant to
2 | the seizure warrant executed August 18, 2008, until further Order of this Court.

DATED: January 8, 2009

_____
UNITED STATES MAGISTRATE JUDGE