1 LAWRENCE G. BROWN
Acting United States Attorney
2 DEANNA L. MARTINEZ
Assistant United States Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, CA 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          )   1:09-CV-00007-LJO-SMS
12                          Plaintiff,    )
                                          )
13            v.                          )   **APPLICATION AND ORDER FOR**
                                          )   **PUBLICATION**
14 THE CONTENTS OF WELLS FARGO BANK       )
INVESTMENT ACCOUNT NO. 1687322 IN         )
15 THE NAME OF JOHANNA LEAL, and          )
                                          )
16 APPROXIMATELY $6,595.50 IN U.S.        )
CURRENCY SEIZED FROM WELLS FARGO          )
17 BANK ACCOUNT NO. 3393605765,           )
                                          )
18                          Defendants.   )
                                          )
19 ────────────────────────────────

20        The United States of America, Plaintiff herein, applies for an order of publication as follows:

21        1.      Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

22 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice

23 of the action and arrest to be given in a newspaper of general circulation or on the official internet

24 government forfeiture site;

25        2.      Local Rule 83-171, Eastern District of California, provides that the Court shall designate

26 by order the appropriate newspaper or other vehicle for publication;

27        3.      The contents of Wells Fargo Bank Investment Account No. 1687322 in the name of

28 Johanna Leal, and approximately $6,595.50 in U.S. Currency seized from Wells Fargo Bank Account

1

No. 3393605765 (hereafter collectively "defendant funds") were seized and/or frozen in the city of Clovis, in Fresno County, California.

  4. Plaintiff proposes that publication be made as follows:

    a. One publication;

    b. Thirty (30) consecutive days;

    c. On the official internet government forfeiture site www.forfeiture.gov;

    d. The publication is to include the following:

      (1) The Court and case number of the action;

      (2) The date of the arrest/seizure;

      (3) The identity and/or description of the property arrested/seized;

      (4) The name and address of the attorney for the Plaintiff;

      (5) A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

      (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 1/8/09         LAWRENCE G. BROWN
                 Acting United States Attorney


                 /s/ Deanna L. Martinez
                 DEANNA L. MARTINEZ
                 Assistant United States Attorney

                 ORDER


IT IS SO ORDERED.

**Dated:   January 13, 2009**      **/s/ Sandra M. Snyder**
               UNITED STATES MAGISTRATE JUDGE