IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THE CONTENTS OF WELLS FARGO INVESTMENT ACCOUNT NO. 1687322 IN THE NAME OF JOHANNA LEAL, and<br><br>APPROXIMATELY $6,595.50 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 3393605765,<br><br>Defendants. | No. CV-F-09-007 OWW/SMS<br><br>FINAL JUDGMENT OF FORFEITURE |

Pursuant to the Order granting Plaintiff's motion for default judgment and directing entry of final judgment of forfeiture filed on December 15, 2009, JUDGMENT IS ENTERED AS FOLLOWS:

**A.** The interest(s) of Jorge Leal and Johanna Leal in the contents of Wells Fargo Investment Account No. 1687322 in the

1

name of Johanna Leal and in approximately $6,595.50 in U.S. currency seized from Wells Fargo Bank account No. 3393605765 are CONDEMNED and FORFEITED to the United States of America;

    B.  The right, title, and interest of all potential claimants in the contents of Wells Fargo Investment Account No. 1687322 in the name of Johanna Leal and in approximately $6,595.50 in U.S. currency seized from Wells Fargo Bank account No. 3393605765, including but not limited to Jorge Leal and Johanna Leal, are FORFEITED to the United States of America pursuant to 21 U.S.C. § 881(a)(6), and are VESTED in the United States of America;

    C.  All persons claiming any right, title, or interest in or to the contents of Wells Fargo Investment Account No. 1687322 in the name of Johanna Leal and in approximately $6,595.50 in U.S. currency seized from Wells Fargo Bank account No. 3393605765 have DEFAULTED and no longer have any right, title, or interest in said properties whatsoever.

IT IS SO ORDERED.

Dated:   **December 16, 2009**         **/s/ Oliver W. Wanger**
                                                               UNITED STATES DISTRICT JUDGE