BENJAMIN B. WAGNER
United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CV-00007-OWW-SMS |
| Plaintiff, | **ORDER DIRECTING LIQUIDATION AND RELEASE OF DEFENDANT INVESTMENT ACCOUNT** |
| v. | |
| THE CONTENTS OF WELLS FARGO BANK INVESTMENT ACCOUNT NO. 1687322 IN THE NAME OF JOHANNA LEAL, and, | |
| APPROXIMATELY $6,595.50 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 3393605765, | |
| Defendants. | |

On January 5, 2009, plaintiff United States of America filed this forfeiture *in rem* action against defendants the Contents of Wells Fargo Bank Investment Account No. 1687322 in the Name of Johanna Leal and approximately $6,595.50 in U.S. Currency Seized from Wells Fargo Bank Account No. 3393605765. On January 8, 2009, the Court appointed Wells Fargo Bank as the custodian for the defendant investment account and ordered Wells Fargo Bank to hold the account until further order of the Court.

On October 27, 2009, the Magistrate Judge recommended that the United States' motion for default judgment be granted and on December 15, 2009, the Court entered an Order Adopting the

Case 1:09-cv-00007-OWW-SMS    Document 33    Filed 01/08/10    Page 2 of 2

Findings and Recommendations. On December 17, 2009, the Court entered a Final Judgment of Forfeiture forfeiting to the United States of America the interests of Jorge Leal, Johanna Leal, and all other potential claimants in the defendant Contents of Wells Fargo Bank Investment Account No. 1687322 in the Name of Johanna Leal and defendant approximately $6,595.50 in U.S. Currency Seized from Wells Fargo Bank Account No. 3393605765.

Based on the Final Judgment of Forfeiture entered on December 17, 2009, Wells Fargo Bank, custodian for defendant Contents of Wells Fargo Bank Investment Account No. 1687322 in the Name of Johanna Leal is HEREBY ORDERED to immediately liquidate the investment account and release all net proceeds by certified check addressed and payable to the United States Marshals Service, 501 I Street, Suite 5600, Sacramento, California, 95814. The certified check shall be accompanied by an itemized liquidation statement of all costs, penalties, and/or fees charged by Wells Fargo Bank.

IT SO ORDERED

Dated:  January 8, 2010

        /s/ OLIVER W. WANGER
OLIVER W. WANGER
United States District Judge

ORDER DIRECTING LIQUIDATION AND RELEASE OF DEFENDANT INVESTMENT ACCOUNT   2