1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) 1:09-CV-00007-OWW-SMS
   |                                  )
12 |           Plaintiff,             ) *AMENDED* DEFAULT JUDGMENT AND
   |                                  ) FINAL JUDGMENT OF FORFEITURE
13 |      v.                          )
   |                                  )
14 | THE CONTENTS OF WELLS FARGO      )
   | BANK INVESTMENT ACCOUNT NO.      )
15 | 16873200 IN THE NAME OF JOHANNA  )
   | LEAL, and,                       )
16 |                                  )
   | APPROXIMATELY $6,595.50 IN U.S.  )
17 | CURRENCY SEIZED FROM WELLS       )
   | FARGO BANK ACCOUNT NO.           )
18 |  3393605765,                     )
   |                                  )
19 |           Defendants.            )
   | _____ )
20

21     This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default

22 Judgment and Final Judgment of Forfeiture filed August 7, 2009. The Magistrate Judge has

23 recommended that the United States' motion for default judgment be granted. The time for objecting

24 to the Order Vacating Hearing on Plaintiff's Motion for Default Judgment and Deeming Matter

25 Submitted for Decision (Doc. 24) Findings and Recommendations Re: Plaintiff's Motion for Default

26 Judgment (Doc. 24) Order Directing Plaintiff to Serve These Findings and Recommendations on All

27 Potential Claimants and File a Proof of Service of the Magistrate Judge have passed and no timely

28 objections have been filed. An Order Adopting Findings and Recommendations (Doc. 28) Order

Granting Motion for Default Judgment (Doc. 24) Order Directing Clerk to Enter Judgment -and- Final Judgment of Forfeiture for Plaintiff was filed on December 15, 2009. Based on the Magistrate Judge's Order Vacating Hearing on Plaintiff's Motion for Default Judgment and Deeming Matter Submitted for Decision (Doc. 24) Findings and Recommendations Re: Plaintiff's Motion for Default Judgment (Doc. 24) Order Directing Plaintiff to Serve These Findings and Recommendations on All Potential Claimants and File a Proof of Service, the Order Adopting Findings and Recommendations (Doc. 28) Order Granting Motion for Default Judgment (Doc. 24) Order Directing Clerk to Enter Judgment -and- Final Judgment of Forfeiture for Plaintiff, and the files and records of the Court, it is

       ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's October 27, 2009 Order Vacating Hearing on Plaintiff's Motion for Default Judgment and Deeming Matter Submitted for Decision (Doc. 24) Findings and Recommendations Re: Plaintiff's Motion for Default Judgment (Doc. 24) Order Directing Plaintiff to Serve These Findings and Recommendations on All Potential Claimants and File a Proof of Service in full.

2. Johanna Leal and Jorge Leal are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant Contents of Wells Fargo Bank Investment Account No. 16873200 in the Name of Johanna Leal and defendant approximately $6,595.50 in U.S. Currency Seized from Wells Fargo Bank Account No. 3393605765 of Johanna Leal, Jorge Leal, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant Contents of Wells Fargo Bank Investment Account No. 16873200 in the Name of Johanna Leal and defendant approximately $6,595.50 in U.S. Currency Seized from Wells Fargo Bank

///
///
///
///

Account No. 3393605765 to the United States of America, to be disposed of according to law, including all right, title, and interest of Johanna Leal and Jorge Leal.

     5.    All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   January 26, 2010**                    **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE                    3